Fill in this information to identify the case:

Debtor name: **American Steam, Inc.**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): **25-41255-11**

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**  **Priority creditor's name and mailing address**
Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

**2.2**  **Priority creditor's name and mailing address**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor **American Steam, Inc.** Case number *(if known)* **25-41255-11**
      Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>Airgas USA LLC<br>CX Specialist - Bankruptcy<br>110 West 7th Street<br>Tulsa, OK 74119<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number  3 7 5 0 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $500.36 |
| **3.2** **Nonpriority creditor's name and mailing address**<br>American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number  __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Revolving Debt<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $255,392.00 |
| **3.3** **Nonpriority creditor's name and mailing address**<br>American Express<br>P.O. Box 30379<br>Salt Lake City, UT 84130<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number  1 0 0 7 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Revolving Debt<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $41,476.39 |
| **3.5** **Nonpriority creditor's name and mailing address**<br>Amerisure Mutual Insurance Company<br>26777 Halsted Road<br>Farmington, MI 48331-3586<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number  __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,228.00 |

| | |
|---|---|
| Debtor **American Steam, Inc.** | Case number *(if known)* **25-41255-11** |
| Name | |

## Part 2: Additional Page

### 3.7 Nonpriority creditor's name and mailing address
**Dwan Diaz**

**PO Box 1149**

**Wylie, TX 75098**

Date or dates debt was incurred **12/1/2018**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Owner Financed sale of Business**

Is the claim subject to offset?
☑ No
☐ Yes

$500,000.00

---

### 3.8 Nonpriority creditor's name and mailing address
**Goodway Technologies**

**DEPT 106040**

**P.O. Box 150413**

**Hartford, CT 06115**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,601.49

---

### 3.9 Nonpriority creditor's name and mailing address
**Home Depot**

**P.O. Box 9001030**

**Louisville, KY 40290-1030**

Date or dates debt was incurred _____

Last 4 digits of account number **7 9 6 8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revolving Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$15,031.97

---

### 3.11 Nonpriority creditor's name and mailing address
**J Mor Machinery Movers, Inc**

**6108 Anglin Dr**

**Fort Worth, TX 76119**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,156.00

---

Debtor **American Steam, Inc.**  Case number *(if known)* **25-41255-11**
Name

### Part 2: Additional Page

**3.13 Nonpriority creditor's name and mailing address**
John Moses
P.O. Box 1149
Wylie, TX 75098

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Owner Financing

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000,000.00

**3.14 Nonpriority creditor's name and mailing address**
Johnston Boiler Company
300 Pine Street
P.O. Box 300
Ferrysburg, MI 49409-0300

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,152.00

**3.15 Nonpriority creditor's name and mailing address**
JP Morgan Chase
700 Kansas Lane
Monroe, LA 71203

Date or dates debt was incurred
Last 4 digits of account number  7 0 4 7

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Revolving Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,685.26

**3.16 Nonpriority creditor's name and mailing address**
NTTA
PO BOX 260928
Plano, TX 75026-0928

Date or dates debt was incurred
Last 4 digits of account number  4 4 6 5

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,518.59

Debtor **American Steam, Inc.**     Case number *(if known)* **25-41255-11**
     Name

### Part 2: Additional Page

**3.17 Nonpriority creditor's name and mailing address**
**Relevant Industrial, LLC**
**P.O. Box 95605**
**Grapevine, TX 76099-9730**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $13,462.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18 Nonpriority creditor's name and mailing address**
**Robert Halff**
**14951 Dallas Pkwy Suite 350**
**Dallas, TX 75254**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $27,866.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19 Nonpriority creditor's name and mailing address**
**Romar Supply A Winsupply Company**
**2300 Carl Road**
**Irving, TX 75062**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $25,008.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20 Nonpriority creditor's name and mailing address**
**Staples**
**P.O. Box 660409**
**Dallas, TX 75266**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,800.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **American Steam, Inc.**                                                                                      Case number *(if known)* **25-41255-11**
     Name

## Part 2: Additional Page

**3.21** **Nonpriority creditor's name and mailing address**
**State Farm Insurance**
**One State Farm Plaza**
**Bloomington, IL 61710**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $5,448.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**
**Stoked Out Services**
**4455 Cr 2608**
**Powell, TX 75153**

Date or dates debt was incurred _____
Last 4 digits of account number   1  1  5  1
**Remarks:** CBR#: 972-998-1151

**As of the petition filing date, the claim is:** $5,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **American Steam, Inc.** Case number *(if known)* **25-41255-11**
     Name

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Mamagment**<br>**c/o Matthew Osgood**<br>**2121 Airline Drive, Suite 520**<br>**Metairie, LA 70002** | Line **3.5**<br>☐ Not listed. Explain | — — — — |
| 4.2 | **Rutledge Law Firm, PC**<br>**c/o W. Will Rutledge**<br>**2603 Augusta Drive Ste. 500**<br>**Houston, TX 77057** | Line **3.2**<br>☐ Not listed. Explain | — — — — |

| Debtor | **American Steam, Inc.** | Case number *(if known)* | **25-41255-11** |
|---|---|---|---|
| | Name | | |

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $5,950,127.04 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $5,950,127.04 |

Fill in this information to identify the case:

Debtor name        **American Steam, Inc.**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known):   **25-41255-11**     Chapter **11**

☑ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
       Copy line 88 from *Schedule A/B*..............................................................................................   **$0.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................................   **$1,070,810.53**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................................   **$1,070,810.53**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................   **$1,227,322.98**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................   **+ $5,950,127.04**

4. **Total liabilities**...............................................................................................................   **$7,177,450.02**
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | American Steam, Inc. |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | 25-41255-11 |

☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☑ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)
- ☑ Amended Schedule  Amended D/E
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/20/2025
MM/ DD/ YYYY

X /s/ John Moses
Signature of individual signing on behalf of debtor

John Moses
Printed name

President
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors